UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:14-CR-021-RMP-17 |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| v. ) | PRE-TRIAL RELEASE |
| ) | CONDITIONS |
| JERRELYN COMSTOCK, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Agreed Motion for a Temporary Modification from Order Setting Conditions of Release. ECF No. 744. Neither the United States Probation Office, nor Assistant United States Attorney Jared C. Kimball object to the motion. Good cause appearing therefor,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Release Conditions, **ECF No. 744**, is **GRANTED**.

2. Defendant Jerrelyn Comstock is allowed to participate in a wedding with Co-Defendant Kathryn Lust-Liggins during the dates of Friday, July 25, 2014, through Sunday, July 27, 2014. Both parties understand that the above-entitled matter shall not be discussed under any circumstances.

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 1

All other terms and conditions of her release will remain in full force and effect.

DATED July 1, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 2