UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRELYN L. COMSTOCK,<br><br>Defendant. | No. 2:14-CR-021-RMP-17<br><br>ORDER GRANTING AGREED MOTION |

Before the Court is the Defendant's Agreed Motion to Modify Release Conditions. Defendant's counsel does not recite the Assistant U.S. Attorney's position on the Motion, but indicates that the U.S. Probation Office does not oppose the modification. The Court has determined that the Assistant United States Attorney does not oppose the Motion. The Court finds that good cause exists to grant the Motion. Accordingly,

**IT IS ORDERED:**

1. Defendant's Agreed Motion to Modify Release Conditions, **ECF No. 776**, is **GRANTED.**

2. Defendant, Jerrelyn Comstock, is allowed to have contact with Co-Defendant Deandre Gaither in person (jail visits) to discuss custody and parenting issues of their child only. The above-entitled matter shall not be discussed under any circumstances.

3. Defendant, Jerrelyn Comstock, is allowed to have contact with Co-Defendant Kathryn Lust-Liggins only at football practices and games in which Ms. Comstock's son is a participant and Ms. Lust-Liggins is present as coach/manager of the team, then only to discuss Defendant's son's participation. The above-entitled matter shall not be discussed under any circumstances.

ORDER - 1

1  All other terms and conditions of her release will remain in full force and
2 effect.
3  DATED July 21, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2